# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

EDWARD FINLEY,

        Plaintiff,

vs.

HOWARD SKOLNIK,

        Defendant.

2:10-cv-01782-JCM-VCF

**MINUTE ORDER**

      The Court has been notified that Andrea M. Champion, Esq. of the law firm of Holland & Hart, is now counsel of record for Plaintiff Edward Finley.

      Accordingly,

      IT IS HEREBY ORDERED that a status hearing is scheduled for 2:00 p.m., August 15, 2016, in courtroom 3D.

      DATED this 4th day of August, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE