# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

EDWARD FINLEY,

        Plaintiff,

vs.

HOWARD SKOLNIK, *et al.*,

        Defendants.

2:10-cv-01782-JCM-VCF

**ORDER**

        The parties have stipulated to submitting this case to the Court's Inmate Early Mediation Program. (ECF No. 69). They request a 90 day stay to allow the parties an opportunity to settle their dispute before the discovery process begins.

        Accordingly,

        IT IS HEREBY ORDERED that this action is stayed until December 9, 2016 to allow the parties an opportunity to settle their dispute before the discovery process begins. This case is referred to the Court's Inmate Early Mediation Program, and a subsequent order setting the mediation date will follow.

        DATED this 9th day of September, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE