Patrick J. Reilly, Esq.
Nevada Bar No. 6103
HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
preilly@hollandhart.com

*Attorneys Pro Bono Publico
for Edward Finley*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD FINLEY,<br><br>        Plaintiff,<br><br>vs.<br><br>HOWARD SKOLNIK, et al.,<br><br>        Defendants. | Case No. : 2:10-cv-01782-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED AND SUPPLEMENTAL COMPLAINT**<br><br>**(First Request)** |

## **STIPULATION**

Plaintiff Edward Finley, by and through his counsel of record, Holland & Hart LLP, and Defendants, by and through their counsel of record, the State of Nevada Office of the Attorney General, hereby stipulate and agree as follows:

1. On January 10, 2018, Plaintiff filed a Motion for leave to file Amended and Supplemental Complaint (ECF No. 79).

2. Defendants filed their collective opposition (ECF No. 80) on January 24, 2018.

3. The Parties hereby stipulate and agree to extend the Plaintiff's deadline within which to file a reply memorandum by one week, to **Wednesday, February 7, 2018**.

/ / /

/ / /

/ / /

10641969_1

Page 1 of 2

4. This extension is sought in good faith and not for delay and the parties respectfully request that the Court grant an order granting the requested extension.

DATED February 1, 2018.                    DATED February 1, 2018.

/s/ Patrick J. Reilly
Patrick J. Reilly, Esq.
HOLLAND & HART, LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Pro Bono Counsel for Plaintiff*

/s/ Frank Anthony Toddre II
Frank Anthony Toddre II
Deputy Attorney General
Office of the Nevada Attorney General
Bureau of Litigation, Public Safety Division
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101

*Attorney for Defendants Howard Skolnik, Greg Cox, Brian Williams, William Tate, Clarence King, Lavert Taylor and Tanya Hill*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____
2-1-2018

10641969_1