Patrick J. Reilly, Esq.
Nevada Bar No. 6103
HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
preilly@hollandhart.com

*Attorneys Pro Bono Publico
for Edward Finley*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD FINLEY,<br><br>        Plaintiff,<br><br>vs.<br><br>HOWARD SKOLNIK, et al.,<br><br>        Defendants. | Case No.: 2:10-cv-01782-JCM-VCF<br><br>**STIPULATION AND ORDER TO FILE SECOND AMENDED COMPLAINT AND TO SET DEADLINE TO SERVE SECOND AMENDED COMPLAINT** |

### STIPULATION

Plaintiff Edward Finley, by and through his counsel of record, Holland & Hart LLP, and Defendants, by and through their counsel of record, the State of Nevada Office of the Attorney General, hereby stipulate and agree as follows:

1.  On January 10, 2018, Plaintiff filed a Motion for leave to file Amended and Supplemental Complaint (ECF No. 79), which the Court granted by minute order on February 15, 2018.

2.  On March 1, 2018, Plaintiff filed his Amended Complaint (ECF No. 86).

3.  Due to administrative oversight, the caption of the Amended Complaint failed to include the names of four parties against whom allegations were raised in the Amended Complaint and those names were likewise inadvertently omitted from the "Parties and Jurisdiction" section of the Amended Complaint.

4.  Accordingly, Plaintiff desires to file a Second Amended Complaint to correct this

oversight. The Second Amended Complaint will not add any new factual allegations or legal claims. The proposed Second Amended Complaint is attached hereto as **Exhibit 1**.

5. On April 24, 2018, counsel for Plaintiff and counsel for Defendants conferred and agreed to the filing of the Second Amended Complaint in the manner proposed above.

6. In addition, due to the recent change of Deputy Attorney General assigned to this case (ECF No. 89), counsel have jointly agreed to set a new deadline for service of the Second Amended Complaint in order to ascertain which Defendants may be served through the Attorney General's office and which must be served independently.

7. The Parties therefore stipulate and agree to Plaintiff's filing of a Second Amended Complaint and to establish time for service of process at sixty (60) days from the date the Second Amended Complaint is deemed filed.

8. This extension is sought in good faith and not for delay and the parties respectfully request that the Court grant an order granting the requested extension.

DATED May 1, 2018.                                  DATED May 1, 2018.

    /s/ Patrick J. Reilly                              /s/ Matthew P. Feeley
Patrick J. Reilly, Esq.                             Matthew P. Feeley
HOLLAND & HART, LLP                                 Deputy Attorney General
9555 Hillwood Drive, 2nd Floor                      Office of the Nevada Attorney General
Las Vegas, Nevada 89134                             Bureau of Litigation, Public Safety Division
                                                    555 East Washington Avenue, Suite 3900
*Pro Bono Counsel for Plaintiff*                    Las Vegas, Nevada 89101

IT IS HEREBY ORDERED that Plaintiff                 *Attorney for Defendants Howard Skolnik,*
must file the Second Amended                        *Greg Cox, Brian Williams, William Tate,*
Complaint on or before May 8, 2018.                 *Clarence King, Lavert Taylor and Tanya Hill*
Service of process on defendants not yet
served in this action must be completed
by July 2, 2018.                                    **ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DMAGISTRATE JUDGE
DATED:  May 1, 2018

10908913_1

# CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of April, 2018, a true and correct copy of the foregoing **SECOND AMENDED AND SUPPLEMENTAL COMPLAINT** was served on counsel through the Court's electronic service system as follows:

>Adam Paul Laxalt
>Nevada Attorney General
>Matthew Feeley
>Deputy Attorney General
>Office of the Nevada Attorney General
>Bureau of Litigation, Public Safety Division
>555 East Washington Avenue, Suite 3900
>Las Vegas, Nevada 89101
>Email:  MFeeley@ag.nv.gov
>
>*Attorneys for Defendants Howard Skolnik,*
>*Greg Cox, Brian Williams, William Tate,*
>*Clarence King, Lavert Taylor, and Tanya Hill*

/s/ Susann Thompson
An employee of Holland & Hart LLP

10913431_1