1  ADAM PAUL LAXALT
     Nevada Attorney General
2  MATTHEW P. FEELEY (Bar No. 13336)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Ave., Ste. 3900
   Las Vegas, NV 89101
5  Telephone: (702) 486-3120
   Facsimile: (702) 486-3773
6  E-Mail: mfeeley@ag.nv.gov

7  *Attorneys for Defendants*
   *Howard Skolnik, Greg Cox, Brian Williams,*
8  *William Tate, Clarence King,*
   *Lavert Taylor, Tanya Hill and*
9  *Vincent Hain*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD FINLEY, | CASE NO. 2:10-cv-01782-JCM-VCF |
| Plaintiff, | |
| vs. | **STIPULATION FOR EXTENSION OF TIME (DEFENDANTS' 1ST REQUEST)** |
| HOWARD SKOLNIK, et al., | |
| Defendants. | |

Defendants, Howard Skolnik, Greg Cox, Brian Williams, William Tate, Clarence King, Lavert Taylor, Tanya Hill, and Vincent Hain, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Matthew Feeley, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and the Plaintiff, Edward Finley, through his attorneys of record, Patrick J. Reilly, Esq. and Jessica E. Whelan, Esq., of the law firm Holland & Hart, LLP, hereby stipulate to an extension of time (50 days) for Defendants to

///

///

///

file a response to Plaintiff's Second Amended Civil Rights Complaint pursuant to 42 U.S.C. §1983, currently due on May 31, 2018. The new proposed deadline would be July 22, 2018.

| Dated this 29th day of May, 2018. | Dated this 29th day of May, 2018. |
|---|---|
| By: /s/ *Patrick Reilly* (with permission)<br>Patrick J. Reilly, Esq. (Bar No. 6103)<br>Jessica E. Whelan, Esq. (Bar No. 14781)<br>HOLLAND & HART LLP<br>9555 Hillwood Drive, Second Floor Las Vegas, Nevada 89134<br>*Attorneys for Plaintiff* | By: /s/ *Matthew Feeley*<br>Matthew Feeley (Bar No. 13336)<br>Deputy Attorney General<br>Office of the Nevada Attorney General<br>555 E. Washington Avenue, #3900<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants* |

IT IS SO ORDERED.

Dated this 30th day of May, 2018.

_____
Cam Ferenbach
United States Magistrate Judge