Patrick J. Reilly, Esq.
Nevada Bar No. 6103
HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
preilly@hollandhart.com

*Attorneys Pro Bono Publico
for Edward Finley*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD FINLEY,<br><br>Plaintiff,<br><br>vs.<br><br>HOWARD SKOLNIK, et al.,<br><br>Defendants. | Case No.: 2:10-cv-01782-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS**<br><br>**(First Request)** |

### STIPULATION

Plaintiff Edward Finley, by and through his counsel of record, Holland & Hart LLP, and Defendants, by and through their counsel of record, the State of Nevada Office of the Attorney General, hereby stipulate and agree as follows:

1.  On July 23, 2018, Defendants filed a Motion to Dismiss Plaintiff's Second Amended and Supplemental Complaint (ECF No. 105).

2.  Plaintiff's current deadline to file and serve an opposition brief is Monday, August 6, 2018.

3.  The Parties hereby stipulate and agree to extend the Plaintiff's deadline within which to file an opposition and supporting memorandum by one week, to **Monday, August 13, 2018**.

///

///

11240009_1

4. This extension is sought in good faith and not for delay and the parties respectfully request that the Court grant an order granting the requested extension.

DATED August 1, 2018.                    DATED August 1, 2018.

/s/ Patrick J. Reilly
Patrick J. Reilly, Esq.
HOLLAND & HART, LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Pro Bono Counsel for Plaintiff*

Matthew Feeley
Deputy Attorney General
Office of the Nevada Attorney General
Bureau of Litigation, Public Safety Division
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101

*Attorney for Defendants Howard Skolnik, Greg Cox, Brian Williams, William Tate, Clarence King, Lavert Taylor, Tanya Hill, Renee Baker, Lieutenant Heidt, Jerry Howell, Vincent Hain, Mary Henry, C.O. Barry, C.O. Malay, Ronald E. Oliver, Myles A. Etcheberry, Michael D. Woodruff, and C.O. D. Sanchez*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: _ August 3, 2018

11240009_1