1  ADAM PAUL LAXALT
   Nevada Attorney General
2  MATTHEW P. FEELEY (Bar No. 13336)
   Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Ave., Ste. 3900
   Las Vegas, Nevada 89101
5  Telephone: (702) 486-3120
   Facsimile: (702) 486-3773
6  E-Mail: mfeeley@ag.nv.gov

7  *Attorneys for Defendants*
   *Howard Skolnik, Greg Cox, Brian Williams,*
8  *Lavert Taylor, William Tate, Tanya Hill,*
   *Clarence King, Renee Baker, Joseph Heidt,*
9  *Jerry Howell, Vincent Hain, Maribelle Henry,*
   *Robert Barry, Paul Malay, Ronald E. Oliver,*
10 *Myles A. Etcheberry, Michael Woodruff,*
   *and Damian Sanchez*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD FINLEY, | Case No. 2:10-cv-01782-JCM-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| HOWARD SKOLNIK, *et al.*, | |
| Defendants. | **(DEFENDANTS' 1ST REQUEST)** |

Defendants, Howard Skolnik, Greg Cox, Brian Williams, Lavert Taylor, William Tate, Tanya Hill, Clarence King, Renee Baker, Joseph Heidt, Jerry Howell, Vincent Hain, Maribelle Henry, Robert Barry, Paul Malay, Ronald E. Oliver, Myles A. Etcheberry, Michael D. Woodruff, and Damian Sanchez, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Matthew Feeley, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and the Plaintiff, Edward Finley, through his attorney of record, Patrick J. Reilly, Esq., of the law firm Holland & Hart, LLP, hereby stipulate and agree as follows:

1) On July 23, 2018, Defendants filed a Motion to Dismiss Plaintiff's Second Amended Complaint. (ECF No. 105).

2) On August 13, 2018, Plaintiff filed an Opposition to Defendants' Motion. (ECF No. 108).

3) Defendants' deadline to file a reply is currently August 20, 2018.

4) The Parties hereby stipulate and agree to extend the Defendants' deadline within which to file a reply by one week, to August 27, 2018.

| Dated this 16th day of August, 2018. | Dated this 16th day of August, 2018. |
|---|---|
| By: /s/ Patrick J. Reilly<br>Patrick J. Reilly, Esq. (Bar No. 6103)<br>HOLLAND & HART LLP<br>9555 Hillwood Drive, Second Floor Las Vegas, Nevada 89134<br>*Attorneys for Plaintiff* | By: /s/ Matthew P. Feeley<br><br>Matthew P. Feeley (Bar No. 13336)<br>Deputy Attorney General<br>Office of the Nevada Attorney General<br>555 E. Washington Avenue, #3900<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants* |

IT IS SO ORDERED.

Dated August 21, 2018.

_____
UNITED STATES DISTRICT JUDGE