J. Stephen Peek, Esq.
Nevada Bar No. 1758
Jessica E. Whelan, Esq.
Nevada Bar No. 14781
Ryan A. Semerad, Esq.
Nevada Bar No. 14615
HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
speek@hollandhart.com
jewhelan@hollandhart.com
rasemerad@hollandhart.com

Attorneys Pro Bono Publico
for Edward Finley

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD FINLEY, <br><br> Plaintiff, <br><br> vs. <br><br> HOWARD SKOLNIK, et al., <br><br> Defendants. | Case No.: 2:10-cv-01782-JCM-VCF <br><br> **STIPULATION AND ORDER TO VACATE ALL DEADLINES PENDING SETTLEMENT** |

## **STIPULATION**

Plaintiff Edward Finley, by and through his counsel of record, Holland & Hart LLP, and Defendants, by and through their counsel of record, the State of Nevada Office of the Attorney General, hereby stipulate and agree as follows:

1. The parties have reached a settlement in principle of the pending issues in the above-captioned matter.

2. The discovery cutoff in this matter is currently May 13, 2019.

3. The Parties hereby stipulate and agree to vacate the discovery deadline and any outstanding deadlines while they pursue formalizing their settlement agreement.

/ / /

/ / /

12454070_1

4. This stipulation to vacate deadlines pending the outcome of settlement is sought in good faith and not for delay and the parties respectfully request that the Court grant an order.

DATED May 6, 2019.                                DATED May 6, 2019.

*/s/ Ryan Semerad*
J. Stephen Peek, Esq.
Jessica E. Whelan, Esq.
Ryan A. Semerad, Esq.
HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
*Pro Bono Counsel for Plaintiff*

*/s/ Matthew Feeley*
Aaron D. Ford
Nevada Attorney General
Matthew Feeley
Deputy Attorney General
Office of the Nevada Attorney General
Bureau of Litigation, Public Safety Division
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101

*Attorney for Defendants Howard Skolnik, Greg Cox, Brian Williams, William Tate, Clarence King, Lavert Taylor, Tanya Hill, Renee Baker, Lieutenant Heidt, Jerry Howell, Vincent Hain, Mary Henry, C.O. Barry, C.O. Malay, Ronald E. Oliver, Myles A. Etcheberry, Michael D. Woodruff, and C.O. D. Sanchez*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____

May 6, 2019

12454070_1

Page 2 of 2