UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDWARD FINLEY,<br><br>　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>HOWARD SKOLNIK, et al.,<br><br>　　　　　　　　Defendant(s). | Case No. 2:10-CV-1782 JCM (VCF)<br><br>ORDER |

Presently before the court is the matter of *Finley v. Skolnik et al*, case no. 2:10-cv-01782-JCM-VCF.

On May 6, 2019, Magistrate Judge Ferenbach granted the parties' stipulation to vacate all pending deadlines in light of the parties' settlement. (ECF No. 126). However, since that date, no stipulation of dismissal or joint status report has been filed.

Accordingly, the court hereby orders the parties to submit, within thirty (30) days from the date of this order, either a stipulation of dismissal or a joint status report indicating the status of the settlement. Failure to comply with the court's order may result in sanctions.

Accordingly,

IT IS SO ORDERED.

DATED June 18, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**