J. Stephen Peek, Esq.
Nevada Bar No. 1758
Jessica E. Whelan, Esq.
Nevada Bar No. 14781
Ryan A. Semerad, Esq.
Nevada Bar No. 14615
HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
speek@hollandhart.com
jewhelan@hollandhart.com
rasemerad@hollandhart.com

Attorneys Pro Bono Publico
for Edward Finley

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD FINLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>HOWARD SKOLNIK, et al.,<br><br>    Defendants. | Case No. : 2:10-cv-01782-JCM-VCF<br><br>**STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE** |

## STIPULATION

Plaintiff Edward Finley, by and through his counsel of record, Holland & Hart LLP, and Defendants, by and through their counsel of record, the State of Nevada Office of the Attorney General, (collectively, the "Parties") hereby stipulate and agree as follows:

1. On or about May 3, 2019, the Parties reached a settlement in principle of the pending issues in the above-captioned matter.

2. Due to several unforeseen issues that the Parties became aware of after they reached this initial agreement, the settlement process stalled.

3. On June 26, 2019, the Parties were able to once again reach a settlement in principle of the pending issues in the above-captioned matter.

4. On July 8, 2019, the Parties hereby stipulate and agree to dismiss the above-captioned matter with prejudice. Each party will bear their own attorney fees and costs. This stipulation is made and based on a Settlement Agreement reached by the parties. The parties further state that they have resolved this matter in its entirety, and that the Court may accordingly close the case.

DATED July 17, 2019.

DATED July 17, 2019.

/s/ Ryan A. Semerad
J. Stephen Peek, Esq.
Jessica E. Whelan, Esq.
Ryan A. Semerad, Esq.
HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
*Pro Bono Counsel for Plaintiff*

/s/ Matthew Feeley
Aaron D. Ford
Nevada Attorney General
Matthew Feeley
Deputy Attorney General
Office of the Nevada Attorney General
Bureau of Litigation, Public Safety Division
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101

*Attorney for Defendants Howard Skolnik, Greg Cox, Brian Williams, William Tate, Clarence King, Lavert Taylor, Tanya Hill, Renee Baker, Lieutenant Heidt, Jerry Howell, Vincent Hain, Mary Henry, C.O. Barry, C.O. Malay, Ronald E. Oliver, Myles A. Etcheberry, Michael D. Woodruff, and C.O. D. Sanchez*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: July 17, 2019

13247660_v3